SIMON RAMOS v. THE STATE.

No. 2671. Decided October 22, 1913.

**Murder—Bills of Exception—Incompetent Witness—Practice on Appeal.**

Where, upon appeal from a conviction of murder, the record did not show that the witness was incompetent, and there were no bills of exception or statement of facts in the record, the question of the insufficiency of the evidence and objections to the charge of the court can not be considered.

Appeal from the District Court of Hardin. Tried below before the Hon. L. B. Hightower.

Appeal from a conviction of murder in the first degree; penalty, imprisonment in the penitentiary for life.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of murder in the first degree, and his punishment assessed at imprisonment in the penitentiary for life.

No bills of exception or statement of facts accompanies the record, and no ground is assigned in the motion for a new trial we can review in the absence of a statement of facts. The first ground in the motion is that the court erred in submitting the issue of murder in the first degree; and another is that the evidence is insufficient to sustain the verdict. All understand that with no evidence before us we can not review these questions. The only other ground in the motion for a new trial is that the witness John Salter was incompetent to testify. No evidence as to his incompetency accompanies the record.

The judgment is affirmed.

*Affirmed.*